1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAHAM SOTO,<br><br>               Petitioner,<br><br>   v.<br><br>WARDEN,<br><br>               Respondent. | Case No. CV 09-2377 AHM (JC)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed all of the records herein, including petitioner's submission, which has been construed to be a request for an extension of time to file a petition for writ of habeas corpus ("Petitioner's Request"), and the Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and adopts the Report and Recommendation.

IT IS ORDERED that Petitioner's Request is denied and that Judgment be entered dismissing this action without prejudice.

///
///
///
///

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Report and Recommendation, and the Judgment herein on petitioner and on any counsel for respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: June 16, 2009



_____
HONORABLE A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE