UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAHAM SOTO, <br>           Petitioner, <br>    v. <br> WARDEN, <br>           Respondent. | Case No. CV 09-2377 AHM(JC) <br> JUDGMENT |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: June 16, 2009

*[signature]*

JS-6

HONORABLE A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE